**UNITED STATES BANKRUPTCY COURT**
SOUTHERN  DISTRICT OF  INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BELTZHOOVER, RICHARD LEE | § | Case No. 12-07963 |
| BELTZHOOVER, LINDA LEWIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/03/2012 . The undersigned trustee was appointed on 07/03/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 6,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 2,474.83 |
| Bank service fees | | 123.33 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,401.84 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 11/15/2012 and the deadline for filing governmental claims was 12/31/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,350.00 , for a total compensation of $ 1,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 138.63 , for total expenses of $ 138.63 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/06/2014          By:          /s/ELLEN K. FUJAWA
                                       ELLEN K. FUJAWA
                                       Office of Ellen K. Fujawa
                                       P.O. Box 668
                                       Zionsville, IN 46077
                                       Phone: (317) 203-3233
                                       Fax:
                                       Email: ellenfujawa@gmail.com


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-07963 JMC  Judge: JAMES M. CARR | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|
| Case Name: | BELTZHOOVER, RICHARD LEE | Date Filed (f) or Converted (c): | 07/03/12 (f) |
|  | BELTZHOOVER, LINDA LEWIS | 341(a) Meeting Date: | 08/10/12 |
| For Period Ending: | 05/06/14 | Claims Bar Date: | 11/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 3659 Brumley Way Carmel, IN 46033 4 bed | 445,000.00 | 0.00 | OA | 0.00 | FA |
| 2. On person | 20.00 | 0.00 | OA | 0.00 | FA |
| 3. PNC Checking acct. #xxx6812 | 42.53 | 0.00 | OA | 0.00 | FA |
| 4. PNC Checking acct. #xxx9228 | 73.87 | 0.00 | OA | 0.00 | FA |
| 5. Chase Checking acct. #2563 | 3,050.61 | 0.00 | OA | 0.00 | FA |
| 6. 6 rooms of furniture @ $450/rm. | 2,700.00 | 3,000.00 |  | 3,000.00 | FA |
| 7. Kimball petite baby grand piano | 300.00 | 0.00 | OA | 0.00 | FA |
| 8. (100) hardcover books | 200.00 | 100.00 | OA | 0.00 | FA |
| 9. Clothing | 400.00 | 50.00 | OA | 0.00 | FA |
| 10. (2) watches | 20.00 | 0.00 | OA | 0.00 | FA |
| 11. Beretta 9mm pistol | 200.00 | 0.00 | OA | 0.00 | FA |
| 12. Pool table | 400.00 | 150.00 | OA | 0.00 | FA |
| 13. Costume jewelry | 25.00 | 15.00 | OA | 0.00 | FA |
| 14. Transamerica Life Insurance Company term life poli | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. Connecticut General Life Ins. Co. whole life polic | 4,465.00 | 0.00 | OA | 0.00 | FA |
| 16. IRA - Scottrade | 694.12 | 0.00 | OA | 0.00 | FA |
| 17. Insul-Reps, Inc. Profit Sharing Plan | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. IRA - Stifel Nicolaus Acct. #xxx9691 | 40,844.07 | 0.00 | OA | 0.00 | FA |
| 19. Omnicity Corp. - 4,676,335 shares. Omnicity Corp. | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. Insul-Reps, Inc. - 100 shares. Debtor owns 50% int | 0.00 | 0.00 | OA | 0.00 | FA |
| 21. IDGAS II - Debtor owns 69% interest in this entity | 0.00 | 0.00 | OA | 0.00 | FA |
| 22. Claims in Omnicity, Inc. totaling $580,838.19 for | 0.00 | 0.00 | OA | 0.00 | FA |
| 23. Possible claims against Omnicity, Incorporated and | 0.00 | 3,000.00 |  | 3,000.00 | FA |
| 24. Possible claim against David Bradford and Greg Jar | 0.00 | 0.00 | OA | 0.00 | FA |
| 25. 2004 Lexus RX 330, 125,000 miles | 10,761.00 | 0.00 |  | 0.00 | FA |
| 26. 2002 Lexus ES 300, 213,000 miles | 5,763.00 | 0.00 | OA | 0.00 | FA |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2
Exhibit A

| Case No: | 12-07963 | JMC | Judge: JAMES M. CARR | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|---|---|
| Case Name: | BELTZHOOVER, RICHARD LEE | | | Date Filed (f) or Converted (c): | 07/03/12 (f) |
| | BELTZHOOVER, LINDA LEWIS | | | 341(a) Meeting Date: | 08/10/12 |
| | | | | Claims Bar Date: | 11/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 2011 federal and state tax refunds (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 28. Pro-rated 2012 federal and state tax refunds (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $514,959.20 | $6,315.00 | | $6,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Omnibus Objection to Claims filed 1-17-14

October 27, 2013, 11:56 pm :  awaiting payment on one trustee claim;  then will initiate closing;  pay professionals and forward TFR

June 25, 2013, 12:08 pm :  conference with R & L:  most of trustee claims will not be paid.

December 04, 2013, 04:48 pm :  contacted by asset finder re:  surplus funds not claimed by 2nd mortgage;  however, fully exempt so no claim.

February 16, 2013, 06:06 pm :  Per R & L:  awaiting payment of claims in the Chapter 11 business case.

IRS Turnover Form to be mailed the week of November 5th, 2012; Turnover Form mailed 11-6-12

Rubin & Levin retained by estate to pursue assets.

Initial Projected Date of Final Report (TFR): 08/16/13     Current Projected Date of Final Report (TFR): 06/30/14

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                                                                                Ver: 17.05d

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-07963 -JMC |
| Case Name: | BELTZHOOVER, RICHARD LEE |
| | BELTZHOOVER, LINDA LEWIS |
| Taxpayer ID No: | *******6102 |
| For Period Ending: | 05/06/14 |

| | |
|---|---|
| Trustee Name: | ELLEN K. FUJAWA |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******9022  Checking Account |
| Blanket Bond (per case limit): | $ 59,173,500.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/06/12 | 6 | RICHARD LEE BELTZHOOVER<br>3659 BRUMLEY WAY<br>CARMEL, IN  46033 | redemption of personal property | 1129-000 | 3,000.00 | | 3,000.00 |
| 12/07/12 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 1.42 | 2,998.58 |
| 01/08/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 1.91 | 2,996.67 |
| 02/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,986.67 |
| 03/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,976.67 |
| 04/05/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,966.67 |
| 04/25/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 2,966.67 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 3,000.00 | 3,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,966.67 | |
| Subtotal | 3,000.00 | 33.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,000.00 | 33.33 | |

Page Subtotals      3,000.00      3,000.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.05d

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-07963 -JMC | | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|---|
| Case Name: | BELTZHOOVER, RICHARD LEE | | Bank Name: | BANK OF NEW YORK MELLON |
| | BELTZHOOVER, LINDA LEWIS | | Account Number / CD #: | *******2143  Checking Account |
| Taxpayer ID No: | *******6102 | | | |
| For Period Ending: | 05/06/14 | | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/13 | | Trsf In From Associated Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 2,966.67 | | 2,966.67 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,956.67 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,946.67 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,936.67 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,926.67 |
| 08/29/13 | 400001 | CHRISTY'S OF INDIANA<br>6851 MADISON AVENUE<br>INDIANAPOLIS, IN  46227 | appraisal fee<br>THANKS VERY MUCH,<br><br>ELLEN<br>Per court order. | 3711-000 | | 275.00 | 2,651.67 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,641.67 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,631.67 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,621.67 |
| 12/05/13 | 23 | OMNICITY | filed claim | 1149-000 | 3,000.00 | | 5,621.67 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,611.67 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,601.67 |
| 01/12/14 | 400002 | Rubin & Levin<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN  46204 | Trustee Attorney Fees | 3210-000 | | 2,000.00 | 3,601.67 |
| 01/12/14 | 400003 | Rubin & Levin<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN  46204 | Trustee attorney expenses | 3220-000 | | 199.83 | 3,401.84 |

Page Subtotals          5,966.67          2,564.83

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 17.05d

LFORM24

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-07963  -JMC |
| Case Name: | BELTZHOOVER, RICHARD LEE |
| | BELTZHOOVER, LINDA LEWIS |
| Taxpayer ID No: | *******6102 |
| For Period Ending: | 05/06/14 |

| | |
|---|---|
| Trustee Name: | ELLEN K. FUJAWA |
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******2143  Checking Account |
| Blanket Bond (per case limit): | $ 59,173,500.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,966.67 | 2,564.83 | 3,401.84 |
| | | | Less: Bank Transfers/CD's | | 2,966.67 | 0.00 | |
| | | | Subtotal | | 3,000.00 | 2,564.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,000.00 | 2,564.83 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9022 | 3,000.00 | 33.33 | 0.00 |
| Checking Account - ********2143 | 3,000.00 | 2,564.83 | 3,401.84 |
| | ------------------- | ------------------- | ------------------- |
| | 6,000.00 | 2,598.16 | 3,401.84 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 06, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-07963  
Debtor Name: BELTZHOOVER, RICHARD LEE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $901.62 | $0.00 | $901.62 |
| 10<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | | $4,809.69 | $0.00 | $4,809.69 |
| 11<br>070<br>7100-00 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $1,578.03 | $0.00 | $1,578.03 |
| 12<br>070<br>7100-00 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $7,715.25 | $0.00 | $7,715.25 |
| 13<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $184.36 | $0.00 | $184.36 |
| 14<br>070<br>7100-00 | Agility Lease Fund, II LLC<br>c/o Brian W. Welch<br>Bingham Greenebaum Doll LLP<br>2700 Market Tower<br>10 West Market Street<br>Indianapolis, IN 46204 | Unsecured | | $332,828.39 | $0.00 | $332,828.39 |
| 15<br>080<br>7200-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | | $71,814.83 | $0.00 | $71,814.83 |
| 2<br>070<br>7100-00 | Star Financial Bank<br>127 W. Berry Street, 2nd Floor<br>Fort Wayne, IN 46802 | Unsecured | | $131,409.51 | $0.00 | $131,409.51 |
| 3<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $26,089.83 | $0.00 | $26,089.83 |
| 4<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $691.13 | $0.00 | $691.13 |
| 5<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $7,951.03 | $0.00 | $7,951.03 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: May 06, 2014

Case Number: 12-07963
Debtor Name: BELTZHOOVER, RICHARD LEE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $15,844.88 | $0.00 | $15,844.88 |
| 7<br>070<br>7100-00 | US BANK N.A. as Servicer for LEXUS FINANCIAL SERVI<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $4,079.59 | $0.00 | $4,079.59 |
| 8<br>070<br>7100-00 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $9,843.42 | $0.00 | $9,843.42 |
| 9<br>070<br>7100-00 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $271.87 | $0.00 | $271.87 |
| | Case Totals: | | | $616,013.43 | $0.00 | $616,013.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-07963
Case Name: BELTZHOOVER, RICHARD LEE
          BELTZHOOVER, LINDA LEWIS
Trustee Name: ELLEN K. FUJAWA

Balance on hand                                                  $         3,401.84

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ELLEN K. FUJAWA | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: ELLEN K. FUJAWA | $ 138.63 | $ 0.00 | $ 138.63 |

Total to be paid for chapter 7 administrative expenses    $        1,488.63

Remaining Balance                                          $        1,913.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 544,198.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | $ 901.62 | $ 0.00 | $ 3.17 |
| 2 | Star Financial Bank | $ 131,409.51 | $ 0.00 | $ 461.99 |
| 3 | FIA CARD SERVICES, N.A. | $ 26,089.83 | $ 0.00 | $ 91.72 |
| 4 | FIA CARD SERVICES, N.A. | $ 691.13 | $ 0.00 | $ 2.43 |
| 5 | Capital One Bank (USA), N.A. | $ 7,951.03 | $ 0.00 | $ 27.95 |
| 6 | Capital One Bank (USA), N.A. | $ 15,844.88 | $ 0.00 | $ 55.70 |
| 7 | US BANK N.A. as Servicer for LEXUS FINANCIAL SERVI | $ 4,079.59 | $ 0.00 | $ 14.34 |
| 8 | Toyota Motor Credit Corporation | $ 9,843.42 | $ 0.00 | $ 34.61 |
| 9 | Capital One, N.A. | $ 271.87 | $ 0.00 | $ 0.96 |
| 10 | PNC BANK | $ 4,809.69 | $ 0.00 | $ 16.91 |
| 11 | CERASTES, LLC | $ 1,578.03 | $ 0.00 | $ 5.55 |
| 12 | CERASTES, LLC | $ 7,715.25 | $ 0.00 | $ 27.12 |
| 13 | Quantum3 Group LLC as agent for | $ 184.36 | $ 0.00 | $ 0.65 |
| 14 | Agility Lease Fund, II LLC | $ 332,828.39 | $ 0.00 | $ 1,170.11 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,913.21 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 71,814.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | PNC BANK | $ 71,814.83 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE